# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ASHLEY ALLEN, individually and on
behalf of all others similarly situated,

   Plaintiff,

v.             Case No. 3:21-cv-178-MMH-JRK

JACKSONVILLE UNIVERSITY,

   Defendant.

## O R D E R

The Consent Motion for One Week Extension of Time to File Supplemental Briefs in Compliance with the Court's Order (Doc. No. 35), filed August 10, 2021, is **deemed MOOT.** <u>See</u> Defendant's Supplemental Brief on Fla. Stat. § 768.39 (Doc. No. 36), timely filed on August 11, 2021.[1]

**DONE AND ORDERED** in Jacksonville, Florida on August 12, 2021.

*JAMES R. KLINDT*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies:
Counsel of Record

---

[1] The Motion requests additional time for Plaintiff to file her brief as well, but it appears this request was conditioned on Defendant's brief being filed later. If Plaintiff needs additional time, she may file an appropriate motion after conferring with Defendant.