UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASHLEY ALLEN, individually,
and on behalf of others similarly
situated,

    Plaintiff,

Case No. 3:21-cv-000178-MMH-JRK

v.

JACKSONVILLE UNIVERSITY,

    Defendant
_____/

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO [DE 38] PLAINTIFF'S SUPPLEMENTAL BRIEF ON FLORIDA STATUTE § 768.39**

Defendant, Jacksonville University, pursuant to Local Rule 3.01(d) of the U.S. District Court, Middle District of Florida, submits this Motion for Leave to File Reply to [DE 38] Plaintiff's Supplemental Brief on Florida Statute § 768.39, and states:

1.    Defendant is cognizant and appreciative of the prior briefing directed at Plaintiff's Corrected Class Action Complaint [DE 6], and the Court's willingness to allow the Parties to submit briefs on Florida Statute § 768.39 (the "Act"). *See* Order [DE 34]. In light of the Act's dispositive implications, important public interests, and the conceptual significance of the arguments in Plaintiff's Supplemental Brief, Defendant is obligated to seek leave to file a brief response and/or reply.

2.    Defendant's reply to Plaintiff's Supplemental Brief will respond to, and address the deficiencies with Plaintiff's arguments that: (i) the Act is unconstitutional under the Contracts Clauses of both the United States and State of Florida

1

Constitutions, including "substantial impairment" and "legitimate public purpose" arguments; (ii) the Act is unconstitutional under Article I, § 21 of Florida Constitution; and, (iii) Plaintiff's arguments relating to "retroactive" application, legislative intent, statutory construction, "vested rights", and the Act's remedial and procedural purpose and provisions.

3. Defendant's reply will not restate its prior submissions, will ensure Defendant has an opportunity to respond to issues/arguments that were raised for the first time in Plaintiff's Supplemental Brief, and will assist the Court with its adjudication of both the Motion to Dismiss [DE 11] and Motion to Stay [DE 12]. The leave, and relief, requested by this Motion will not burden the interests of judicial economy, or unduly prejudice any party, especially considering the importance of the issues and that Plaintiff had the luxury of filing her Supplemental Brief after Defendant's Supplemental Brief [DE 36] was filed.

5. Defendant requests up to 12 pages for its reply, "inclusive of all parts".[1] Given the importance and complexity of the matters being addressed, Defendant requests that the Court finds good cause exists for granting this Motion.

WHEREFORE, Defendant respectfully moves this Honorable Court to issue and Order: (1) granting this Motion; (2) permitting leave to file a 12-page reply to

---

[1] Defendant reads "inclusive of all parts" to mean the case style, signature blocks, and certificate of service count towards the total page limit. In this case, those items consume a minimum of 2 pages. The traditional signature block and service certificate had to be altered here to comply with Local Rule 3.01(d). When headings and other spacing/font requirements are considered, the reply would actually feature approximately 10 to 10.5 pages of substantive writing.

Plaintiff's Supplemental Brief; and, (3) any additional relief in Defendant's favor that the Court deems appropriate or just.

## LOCAL RULE 3.01(g) CERTIFICATION

Defendant's counsel certifies that, a good-faith conferral between counsel occurred via email on August 26 and 27, 2021 regarding this Motion and the relief requested herein, and that on August 27, 2021, Plaintiff's counsel responded stating that this Motion is opposed.

DATED: August 27, 2021

Respectfully Submitted,

| JACKSON LEWIS PC | NELSON MULLINS |
|---|---|
| By: /s/ B. Tyler White | |
| B. Tyler White, FBN: 0038213 | Paul M. Renner, FBN: 40304 |
| Tyler.White@jacksonlewis.com | Paul.Renner@nelsonmullins.com |
| Todd R. Dobry, FBN: 109081 | Shaina Stahl, FBN: 77643 |
| Todd.Dobry@jacksonlewis.com | Shaina.Stahl@nelsonmullins.com |
| 501 Riverside Avenue, Suite 902 | Lee D. Wedekind, III, FBN: 670588 |
| Jacksonville, FL 32202 | Lee.Wedekind@nelsonmullins.com |
| Tele: 904-638-2655 | 390 N. Orange Ave., Suite 1400 |
| Fax: 904-638-2656 | Orlando, FL 32801-1687 |
| | Tele: 407-839-4200 |
| *Counsel for Jacksonville University* | Fax: 406-425-8377 |

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of August 2021, a true and correct copy of the foregoing has been filed via CM/ECF and served via electronic mail to the following counsel of record:

Eric M. Poulin
Roy T. Willey, IV
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, SC 29403
eric@akimlawfirm.com
roy@akimlawfirm.com

Sarah Westcot
Bursor & Fisher, P.A.
701 Brickell Avenue.,
Suite 1420
Miami, FL 33133
swestcot@bursor.com

Joshua D. Arisohn
Bursor & Fisher, PA
888 Seventh Ave
New York, NY 10106
jarisohn@bursor.com

By: /s/ B. Tyler White

3