**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ASHLEY ALLEN, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.                                         Case No. 3:21-cv-178-MMH-JRK

JACKSONVILLE UNIVERSITY,

        Defendant.

---

**O R D E R**

    1.    Plaintiff's Unopposed Motion to Withdraw Notice of Supplemental Authority (Doc. No. 45), filed November 1, 2021, is **GRANTED**.

    2.    Plaintiff's Notice of Supplemental Authority (Doc. No. 44) is deemed **WITHDRAWN.**

    **DONE AND ORDERED** in Jacksonville, Florida on November 8, 2021.

                                              *James R. Klindt*
                                            JAMES R. KLINDT
                              United States Magistrate Judge

mdc
Copies:
Counsel of Record